IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> **v.** : **CASE NO. 1:22-CR-37** <br> : <br> **SHATTARA HUBBARD** : <br> **Defendant** : <br> : <br> : <br> : | |

### ORDER ON RESTITUTION

AND NOW, upon review and consideration of the Restitution Agreement, it is ORDERED that the Restitution Agreement is APPROVED and ADOPTED by this Court.

IT IS FURTHER ORDERED that:

a. <u>Georgia Department of Labor</u>

   i. Defendant Hubbard shall pay restitution of $4,692,151 to the Georgia Department of Labor

The restitution will be distributed to each victim listed in the Agreement by the Clerk of this Court. The full amount of the restitution imposed will be due and payable immediately, and present and future assets of each Defendant are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this 22th day of  August  2025.

                                           /s/ Leslie A. Garder
                                      LESLIE ABRAMS GARDNER
                                      CHIEF UNITED DISTRICT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA